The American Savings Bank, Appellant, v. Rice Realty and Construction Company and Others, Defendants, Impleaded with John Donaldson and John Donaldson, Jr., as Copartners, etc., Respondents.— Motion denied, with costs, and stay vacated. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Ralph S. Baldwin, an Infant, etc., Respondent, v. The Locomobile Company of America, Appellant.— Motion denied, without costs. Present —Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Emma A. Bourne, Individually, etc., Respondent, v. Clara Degener and Others, Respondents, and Mildred Theil, Appellant.— Motion granted, with costs. Present—Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Elizabeth M. Brooks, Respondent, v. Barnet Teplisky, Appellant.— Motion granted, on condition that the appellant perfect his appeal, place the case on the present calendar and be ready for argument on May 1, 1911; otherwise motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Assik Burstein, Appellant, v. Daniel McGonigle and Another, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Lizette Deebach, as Administratrix, etc., Respondent, v. Robert Gair Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Equitable Trust Company of New York, Appellant, v. William Cook, Respondent.— Motion denied, on condition that the appellant perfect its appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

William J. Fox, Respondent, v. Margaret Fox, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Abram Friedland, Respondent, v. The Commonwealth Fire Insurance Company of Ottumwa, Iowa, Appellant.— Motions denied, without costs. Permission from this court to appeal to the Court of Appeals is not necessary. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Sarah Hill and Another, Plaintiffs, v. The Brooklyn Heights Railroad Company, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of Charles Dean Baldwin, Deceased.— Motion denied, without costs. Present —Burr, Thomas, Carr and Woodward, JJ.; Jenks, P. J., taking no part.

In the Matter of the Application of the Board of Water Supply on Behalf of the City of New York to Acquire Real Estate, etc., Catskill Aqueduct, Section No. 6.— Motion denied, without costs, on condition that appellant perfect the appeal and place the case upon the calendar for the first motion day of next term; otherwise motion granted, with ten dollars costs. Present—Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.